USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·30·09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE PIXEL, INC.,

          Plaintiff,

- against -

ANSIBLE MOBILE, LLC,

          Defendant.

**ORDER**

**09 Civ. 7706 (LTS) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that a settlement conference is set for **February 11, 2010,** at **2:30 p.m.** in Courtroom 18D, 500 Pearl Street.

    No request for adjournment will be considered unless made **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 23rd day of December 2009**
New York, New York

                                          **The Honorable Ronald L. Ellis**
                                          **United States Magistrate Judge**